UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

TYRON ESPEY,
          Plaintiff,

v.

SGT. RICE, et al.,
          Defendants.

**DECISION & ORDER**
16-CV-6421-CJS-JWF

---

Currently pending before the Court are defendants' motion for leave of Court to file an amended answer, amend Rule 26 disclosures, and to reopen discovery. (Docket # 23). For the reasons stated of the record during the parties' June 12, 2018, status conference, it is now

ORDERED that defendants' motion to reopen discovery to conduct plaintiff's deposition is granted. Defense counsel may depose plaintiff. The deposition shall not last no longer than three hours, and it is further

ORDERED that defendants' motion to amend Rule 26 disclosures is granted, and it is further

ORDERED that the amended Rule 26 disclosure shall be filed by June 15, 2018 and plaintiff's deposition shall be completed by July 27, 2018, and it is further

ORDERED that defendants' motion for leave of Court to file an amended answer is denied without prejudice to renew for the reasons stated on the record.

1

IT IS SO ORDERED.

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:   June 12, 2018
         Rochester, New York